UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT R. PRUNTY, et al.,

    Plaintiffs,

v.                                    CASE NO. 2:20-cv-00333-FtM-66NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

A July 30, 2020 report (Doc. 8) recommends dismissing the complaint (Doc. 1) for failure to comply with previous court orders,* for failure to pay the filing fee or requesting leave to proceed *in forma pauperis*, for failure to retain counsel for minor

---

\* The plaintiffs were afforded many opportunities to comply with this court's orders. The following capsulizes those opportunities:

> The Court apprised [Robert] Prunty that he cannot represent J.R.P. in this matter and must retain counsel for J.R.P. . . . The Court extended the deadline to retain counsel to July 20, 2020. . . . No counsel has appeared for J.R.P. and so Plaintiffs have failed to comply. In both the May 20, 2020 Order (Doc. 5) and the July 1, 2020 Order to Show Cause (Doc. 7), the Court also advised Prunty that he would have to pay the filing fee or request leave to appear in forma pauperis. . . . The Court extended the deadline to pay the filing fee or request leave to proceed in forma pauperis to July 20, 2020, and again Plaintiffs failed to comply. . . . In sum, Plaintiffs failed to comply with the May 20, 2020 Order and the July 1, 2020 Order to Show Cause; no counsel has appeared for J.R.P.[] . . . In both prior orders, the Court cautioned that it would recommend this action be dismissed for lack of prosecution if Plaintiffs failed to comply. The Court has given ample opportunity to comply with its orders.

(Doc. 8 at 2–3)

J. R. P., and for failure to prosecute. More than fourteen days have passed since entry of the report and recommendation, and no party objects. Accordingly, the report and recommendation (Doc. 8) is **ADOPTED**. For the reasons stated in the report and recommendation, this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Fort Myers, Florida, on August 18, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE